UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
LIPA PERL,
                Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC;
and AMERICAN EXPRESS NATIONAL
BANK,
                Defendants.
--------------------------------------------------------------x

**ORDER OF PARTIAL DISMISSAL**

20 CV 4897 (VB)

      The Court has been advised plaintiff and defendant Equifax Information Services, LLC ("Equifax"), have reached an agreement in principle to settle this case as between them. Accordingly, it is hereby ORDERED that this action is dismissed as to defendant Equifax, and without prejudice to the right to restore the action as to defendant Equifax, provided the application to restore the action is made no later than September 21, 2020. To be clear, any application to restore the action as to defendant Equifax must be filed by September 21, 2020, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

      All scheduled deadlines, conferences, or other scheduled court appearances are cancelled as to defendant Equifax only.

      The Clerk is instructed to terminate defendant Equifax Information Services, LLC, from this action.

Dated: August 7, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge